**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

DRAGA CAIRONE,                           )
                                         )
   Plaintiff,            )
                                         )  Case No. 17-cv-4247
  v.                           )
                                         )  Judge Robert M. Dow, Jr.
MCHENRY COUNTY COLLEGE, et al.,          )
                                         )
   Defendants.           )
                                         )
                                         )

**MEMORANDUM OPINION AND ORDER**

This matter is before the Court on Plaintiff Draga Cairone's motion [8] for extension of time to file complaint and motion for leave to file an amended complaint [26]. For the reasons set forth below, the Court denies Plaintiff's motion [8] for an extension of time to file complaint, but grants Plaintiff's motion for leave to file an amended complaint [26]. Defendants' motion to dismiss is stricken as moot [18] with leave to refile with respect to the amended complaint. Plaintiff is given until April 17, 2018 to file her amended complaint. Defendants are given until May 15, 2018 to answer or otherwise respond to the amended complaint. The case is set for status on May 24, 2018 at 9:00 a.m.

**I. Background**

Plaintiff Draga Cairone filed this lawsuit on June 6, 2017, alleging that Defendants (1) violated her procedural and due process rights under 42 U.S.C § 1983, (2) failed to reasonably accommodate her under Title II of the American's with Disabilities Act ("ADA"), and (3) breached their implied contract with her under Illinois law. Plaintiff's claims relate to a June